UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV80-J

TIMOTHY MINIARD                                                            PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                    DEFENDANT

## MEMORANDUM OPINION AND ORDER

Before the Court is plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) ("EAJA"), to which the Commissioner has responded. Plaintiff has replied, and the matter is ripe for consideration. The Commissioner does not challenge the plaintiff's "prevailing party" status, nor does he oppose awarding a reasonable fee to plaintiff's counsel. He does however challenge to the hourly rate sought.

Plaintiff's counsel seeks an award of attorney's fees at the rate of $167.64 per hour, urging that the increased cost of living referenced in the Consumer Price Index and reported by the Bureau of Labor Statistics justifies a higher rate than the statutory $125.00. In her reply, counsel also contends that the cost of living in Russell County, Kentucky is "no different" than in Louisville, Kentucky, noting that the prices of gas and produce are actually higher in Russell County than in Louisville.

This Court only recently raised the hourly rate for certain Louisville, Kentucky social security practitioners from $125.00 to $140.00. This action was taken only after a long process in which the Court considered the documentation presented in numerous EAJA requests, including the increased cost of doing business in Louisville, the degree of specialization, expertise and

concentration in social security appeals of a select few Louisville practitioners, and the billing rates of other comparable specialists of similar experience.

The Court is not persuaded that all of the cited conditions – i.e., local cost of doing business, specialization of the particular practitioner, rates billed and collected by other practitioners of similar expertise and experience in the field – justify granting petitioner's requested hourly rate. Accordingly,

IT IS ORDERED:

1) Plaintiff's counsel is awarded a reasonable attorney's fee in the amount of $3,075.00, which represents 24.6 hours at the statutory rate of $125.00, to be paid by defendant Commissioner.

2) To the extent that this fee is duplicative of the fee awarded under 42 U.S.C. §406(b), counsel shall reimburse the client.

This is a final and appealable Memorandum Opinion and Order.